1  SCOTT J. SAGARIA (SBN 217981)
   SJSagaria@sagarialaw.com
2  ELLIOT W. GALE (SBN 263326)
   Egale@sagarialaw.com
3  SAGARIA LAW, P.C.
   2033 Gateway Place, 5th Floor
4  San Jose, CA 95110
   408-279-2288 ph: 408-279-2299 fax
5
   Attorneys for Plaintiff LAUREN GRADY
6

7              UNITED STATES DISTRICT COURT

8        NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| 9  LAUREN GRADY, | Case No. 5:16-CV-02160-LHK |
| 10         Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER** |
| 11         vs. | |
| 12  EXPERIAN INFORMATION SOLUTIONS, INC.; BANK OF AMERICA, NATIONAL ASSOCIATION; WELLS FARGO HOME MORTGAGE, INC. AND DOES 1 THROUGH 100 INCLUSIVE, | |
| 15         Defendant. | |

17  **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

18         Pursuant to Federal Rules of Civil Procedure, section 41(a)(1)(A)(ii), plaintiff Lauren

19  Grady and defendant Wells Fargo Bank, N.A. (incorrectly sued as "Wells Fargo Home Mortgage,

20  Inc.") stipulate that Wells Fargo Bank, N.A. be dismissed with prejudice from this action, and that

21  each party shall bear its own attorneys' fees and costs.

22  DATED: August 9, 2016              SAGARIA LAW, P.C.

24                                  By:    */s/ Elliot W. Gale*
                                            Elliot W. Gale

25                                  Attorneys for Plaintiff LAUREN GRADY

---

07685.1649/8203785.1                         1                         5:16-CV-02160-LHK
STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER

DATED: August 5, 2016

SEVERSON & WERSON
A Professional Corporation

By: _/s/ Alisa A. Givental_
Alisa A. Givental

Attorneys for Defendant WELLS FARGO BANK, N.A. (incorrectly sued as "WELLS FARGO HOME MORTGAGE, INC.")

I, Elliot W. Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alisa A. Givental has concurred in this filing. _/s/ Elliot W. Gale_

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, defendant Wells Fargo Bank, N.A. is dismissed with prejudice.

IT IS SO ORDERED.

DATED:_____

LUCY H. KOH
UNITED STATES DISTRICT JUDGE