Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| LAUREN GRADY, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Federal Case No.: 5:16-CV-02160-LHK <br><br> **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Lauren Grady and defendant Experian Information Solutions, Inc. ("Experian"), that Experian be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

DATED:  February 17, 2017          Sagaria Law, P.C.

                                   By: _____/s/ Elliot W. Gale_____
                                             Elliot W. Gale
                                   Attorneys for Plaintiff
                                   Lauren Grady

DATED:  February 17, 2017          Jones Day

                                   By: _____/s/ Celia M. Jackson_____
                                             Celia M. Jackson
                                   Attorneys for Defendant
                                   Experian Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Celia M. Jackson has concurred in this filing.

*/s/ Elliot Gale*

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:_____          _____
                                   LUCY H. KOH
                                   UNITED STATES DISTRICT JUDGE