```
Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| LAUREN GRADY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>　　　　　Defendants. | Federal Case No.: 5:16-CV-02160-LHK<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　　IT IS HEREBY STIPULATED by and between plaintiff Lauren Grady and defendant Bank of America, N.A. ("BANA"), that BANA be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

---

1

STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.; [PROPOSED] ORDER

| | | |
|---|---|---|
| DATED: February 17, 2017 | | Sagaria Law, P.C. |
| | By: | _/s/ Elliot W. Gale_ |
| | | Elliot W. Gale |
| | | Attorneys for Plaintiff |
| | | Lauren Grady |
| | | |
| DATED: February 17, 2017 | | McGuire Woods |
| | | |
| | By: | _/s/ Adam Summerfield_ |
| | | Adam Summerfield |
| | | Attorneys for Defendant |
| | | Bank of America, N.A. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Adam Summerfield has concurred in this filing.

_/s/ Elliot Gale_

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, BANA is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: March 6. 2017

_Lucy H. Koh_
LUCY H. KOH
UNITED STATES DISTRICT JUDGE